| | |
|---|---|
| 1 | GEOFFREY A. HANSEN<br>Acting Federal Public Defender |
| 2 | JEROME E. MATTHEWS<br>Assistant Federal Public Defender |
| 3 | 555 - 12th Street<br>Suite 650 |
| 4 | Oakland, CA 94607-3627<br>Telephone: (510) 637-3500 |
| 5 | |
| | Counsel for Defendant DIEGO ANDERSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-11 00938 SBA |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING MOTION HEARING |
| DIEGO ANDERSON, | ) |
| Defendant. | ) |

On the Court's motion, this matter presently is set for hearing on Diego Anderson's motion to suppress evidence on April 10, 2012. Defense counsel will be out of town the week of April 9, 2012, and therefore unavailable to attend the hearing.

For this reason, IT IS STIPULATED AND AGREED that the motion hearing or decision date be continued to April 17, 2012, and that time under the Speedy Trial Act shall continue to be excluded, to and including April 17, 2012, under 18 U.S.C. § 3161(h)(1)(D) as the Court presently has Mr Anderson's motion to suppress under consideration.

SO STIPULATED.

STIP/ORD 1

| | |
|---|---|
| Dated: March 27, 2012 | /s/ _____ <br> JEROME E. MATTHEWS <br> Assistant Federal Public Defender |
| Dated: March 27, 2012 | /s/ _____ <br> CHRISTINA MCCALL <br> Assistant United States Attorney |

Good cause appearing therefor, IT IS ORDERED that the hearing on Diego Anderson's motion to suppress evidence, presently scheduled for April 10, 2012, be continued to April 17, 2012, and that time under the Speedy Trial Act shall continue to be excluded, to and including April 17, 2012, under 18 U.S.C. § 3161(h)(1)(D) as the Court presently has Mr Anderson's motion to suppress under consideration.

| | |
|---|---|
| Dated: March 29, 2012 | _Saundra B Armstrong_ <br> SAUNDRA BROWN ARMSTRONG <br> United States District Judge |