STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DIEGO ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11 00938 SBA |
| Plaintiff, | |
| vs. | ORDER RELEASING DEFENDANT |
| DIEGO ANDERSON, | |
| Defendant. | |

Good cause appearing therefor, IT IS ORDERED that the United States Marshal release defendant Diego Anderson from custody forthwith.

Dated: 30 November 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

RELEASE ORD 1