1
2
3                    UNITED STATES DISTRICT COURT
4              FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                          OAKLAND DIVISION
6

7   UNITED STATES OF AMERICA,              Case No:  CR 11-0938 SBA

8              Plaintiff,                  **ORDER ACCEPTING REPORT AND
                                           RECOMMENDATION**
9         vs.

10  DIEGO LYTHELL ANDERSON,

11             Defendant.

12

13

14         On November 14, 2012, the Court referred this matter to Magistrate Judge Ryu ("the

15  magistrate") for a report and recommendation on the acceptance of Defendant's guilty plea.

16  Dkt. 42.  On November 19, 2012, the Defendant appeared before the magistrate and, with the

17  assistance of counsel, waived his right to enter a guilty plea before a district judge and instead

18  consented to enter his plea in a hearing before the magistrate.  Dkt. 46.  The magistrate

19  conducted a full hearing in the manner set forth in Federal Rule of Criminal Procedure 11.  Id.

20  After the advisements set forth in Rule 11, the Defendant entered a guilty plea in open court.

21  Specifically, the Defendant pled guilty pursuant to a written plea agreement to Count One of

22  the single count Indictment charging Defendant with a violation of 18 U.S.C. § 922(g)(1) -

23  Felon in Possession of a Firearm.  Id.  The magistrate found that Defendant was fully

24  competent and capable of entering an informed plea, that he was aware of the nature of the

25  charges and the consequences of the guilty plea, and that the guilty plea was knowing and

26  voluntary and supported by an independent factual basis.  Id.

27         On November 19, 2012, the magistrate issued a Report and Recommendation in which

28  she recommends that this Court accept Defendant's guilty plea.  Dkt. 46.  The Report and

1  Recommendation advises the parties that they may serve and file specific written objections to

2  the order within fourteen day after being served with a copy of the order.  Id.  No written

3  objections to the Report and Recommendation were filed prior to the hearing.  At the

4  November 30, 2012 sentencing hearing in this matter, the parties indicated that they have no

5  objections to the Report and Recommendation.  Accordingly,

6       IT IS HEREBY ORDERED THAT the magistrate's Report and Recommendation (Dkt.

7  46) is ACCEPTED, the Defendant's plea is accepted, and the magistrate's Report and

8  Recommendation shall become the order of this Court.

9       IT IS SO ORDERED.

10 Dated: 11/30/12

11                                   _____
                                    SAUNDRA BROWN ARMSTRONG
12                                   United States District Judge